ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 01-CV-1435 DWF/AJB |
| | ) | |
| MARY DIETER et al., | ) | |
| | ) | |
| Defendants. | ) | |

(~~Proposed~~) **ORDER**

Upon consideration of the **United States' Motion Requesting Telephonic Hearing** and for good cause shown,

**IT IS HEREBY ORDERED** that the February 26, 2002 pretrial conference shall be held telephonically. Counsel for the plaintiff shall initiate the conference call.

**DATED** this 21st day of February, 2002.

UNITED STATES MAGISTRATE JUDGE

Prepared by:

Michael R. Pahl
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238, Ben Franklin Station
Washington, D.C. 20044

FEB 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK