ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 01-CV-1435 DWF/AJB |
| | ) | |
| MARY DIETER et al., | ) | |
| | ) | |
| Defendants. | ) | |

~~(Proposed)~~ **ORDER**

Upon consideration of the **United States' Motion to Amend Complaint to Join Indispensable Party** and for good cause shown,

**IT IS HEREBY ORDERED** under Local Rule 15.1 that the United States may join David Olson as an additional party.

**DATED** this 22nd day of July, 2002.

UNITED STATES MAGISTRATE JUDGE

Prepared by:

Michael R. Pahl
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238, Ben Franklin Station
Washington, D.C. 20044



JUL 22 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK