ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MARY DIETER f/k/a MARY ANN MCNEAL; MICHAEL K. MCNEAL; COREY C. O'TOOL; the HENNEPIN COUNTY ASSESSOR; and DAVID OLSEN<br><br>Defendants. | ) | Civil No. 01-CV-1435 DWF/AJB |

~~(Proposed)~~ **ORDER**

Upon consideration of the **United States' Motion to Amend Complaint to Correct Typographical Error in Caption and to Join Indispensable Party** and for good cause shown,

**IT IS HEREBY ORDERED** under Local Rule 15.1 that the United States may amend the caption of the Complaint to reflect that David Olson is the proper defendant in this case and may amend the Complaint to add Juli Olson as a defendant.

**DATED** this 17th day of September, 2002.

UNITED STATES MAGISTRATE JUDGE

Prepared by:

Michael R. Pahl
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238, Ben Franklin Station
Washington, D.C. 20044

SEP 18 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK