ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARY DIETER f/k/a MARY ANN MCNEAL; MICHAEL K. MCNEAL; COREY C. O'TOOL; the HENNEPIN COUNTY ASSESSOR; DAVID OLSON; and JULI OLSON,

Defendants.

Civil No. 01-CV-1435 DWF/AJB

**Revised Pretrial Scheduling Order**

Upon consideration of the arguments of counsel made at the telephone conference on September 24, 2002, and for good cause shown,

**IT IS HEREBY ORDERED** that the Pretrial Scheduling Order dated February 26, 2002, is revised as follows:

1. Defendants Mary Dieter and Corey O'Tool shall serve their response to the government's motion for summary judgment, and serve any cross-motion for summary judgment against the government, on or before October 1, 2002.

2. The United States shall serve its reply to Defendant Dieter and O'Tool's response to the government's motion for summary judgment, and any response to Defendant Dieter and O'Tool's cross-motion for summary judgment, on or before October 20, 2002.

3. Defendant Dieter and O'Tool's reply to the government's response to Defendant

FILED OCT 7 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dieter and O'Tool's cross-motion for summary judgment shall be served on or before October 30, 2002.

4. Defendants David and Juli Olson shall have until October 15, 2002 to add additional parties to this case.

5. Any additional parties shall have until November 15, 2002, to answer the complaint served on them by Defendants David and Juli Olson.

6. Defendants David and Juli Olson shall have until December 15, 2002 to bring any motions for summary judgment.

7. Defendants David and Juli Olson's response to the government's motion for summary judgment shall be served on or before December 15, 2002.

8. The government and any additional parties added to this case shall serve their reply to Defendants David and Juli Olson's motion for summary judgment on or before January 15, 2003.

9. All summary judgment motions in this case shall be filed with the Court on or before February 1, 2003. Oral argument on the motions is anticipated to take place in March 2003.

Dated: October 7, 2002

Arthur J. Boylan
United States Magistrate Judge

Prepared by:

Michael R. Pahl
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238, Ben Franklin Station
Washington, D.C. 20004