ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MARY DIETER F/K/A MARY ANN MCNEAL; MICHAEL K. MCNEAL; COREY C. O'TOOL; the HENNEPIN COUNTY ASSESSOR; DAVID OLSON and JULIE OLSON<br>Defendants.<br><br>DAVID OLSON and JULI OLSON<br>Third Party Plaintiffs<br><br>v.<br><br>TINA M. O'TOOL, JOHN A. DIETER and THERESA A. DIETER,<br><br>Third Party Defendants. | ) | Civil No. 01-CV-1435 DWF/AJB |

**~~(Proposed)~~ Writ of Attachment**

1. Under 28 U.S.C. §§ 3101 and 3102(c), the Government's application for a writ of attachment is hereby GRANTED.

2. This writ of attachment is issued to satisfy a debt incurred to the United States by Mary Dieter, whose last known address is 6114 Elliot Avenue South, Minneapolis, Minnesota 55417, and Corey O'Tool, whose last known address is 2915 Lynnwood Drive, Bellevue, Ne 68123-1952

3. This writ of attachment is issued to attach alleged unlawful proceeds in the amount of



DEC 0 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

$138,533.85 that are currently believed to be held in Corey O'Tool's Wells Fargo Account Nos. 795-8659935 and 797-1521112. This writ of attachment, however, applies to the $138,533.85, wherever it is found.

4. If the property to be attached is in the possession of Wells Fargo, the property may remain in Wells Fargo's possession but may not be released for any purpose without further court order.

5. If the property to be attached is in the possession of Mary Dieter or Corey O'Tool, the property must be deposited with this court within five days of service of this Writ, under the procedures set forth in Rule 67 of the Federal Rules of Civil Procedure.

6. If the property to be attached is not in the possession of Wells Fargo, Mary Dieter, or Corey O'Tool, Dieter and O'Tool are required to file affidavits with this Court, and to serve copies on the government, within five days of service of this Writ, setting forth with particularity where the property can be found.

Dated: 11/27/02

Arthur J. Boylan
United States Magistrate Judge

Prepared by:

Michael R. Pahl
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238, Ben Franklin Station
Washington, D.C. 20004