ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | Civil No. 01-CV-1435 DWF/AJB |
| MARY DIETER et al., Defendants. | ) | |

**Order**

Based on the record and arguments of counsel, the United States' motion to appear without full settlement authority at the June 12, 2003 settlement conference is hereby granted.

Dated this 3rd day of June, 2003.

Arthur J. Boylan
United States Magistrate Judge

JUN 03 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK