IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MARY DIETER K/K/A MARY ANN MCNEAL; MICHAEL K. MCNEAL; COREY C. O'TOOL; the HENNEPIN COUNTY ASSESSOR; DAVID OLSON and JULIE OLSON<br>Defendants.<br><br>DAVID OLSON and JULI OLSON<br>Third Party Plaintiffs<br><br>v.<br><br>TINA M. O'TOOL, JOHN A. DIETER and THERESA A. DIETER,<br><br>Third Party Defendants. | ) | Civil No. 01-CV-1435 DWF/AJB |

**~~(Proposed)~~ Order**

The attached funds in Wells Fargo account numbers 795-8659935 and 797-1521112 shall be released to the Department of Justice by mailing a certified check payable to United States

SEP 30 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Treasury to:

Michael R. Pahl
U.S. Department of Justice
Tax Division
Civil Trial Section, Central Region
P.O. Box 7238
Ben Franklin Station
Washington, D.C. 20044

Dated: 9/30/03

United States Magistrate A. Boylan