**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Civil No. 01-1435 (DWF/AJB)

Plaintiff,

v.

**ORDER**

Mary Dieter f/k/a Mary Ann McNeal;
Corey C. McNeal; Hennepin County
Assessor; David Olson; and Juli Olson,

Defendants,

David Olson and Juli Olson,

Cross-Claimants,

v.

Corey C. McNeal,

Cross-Defendant,

Juli Olson and David Olson,

Third-Party Plaintiffs,

v.

Tina M. O'Tool, John A. Dieter, and
Theresa A. Dieter,

Third-Party Defendants.

---

Michael R. Pahl, Esq. U.S. Department of Justice, Tax Division, P.O. Box 7238 Ben Franklin Station, Washington, DC 20044, counsel for Plaintiff United States of America.

Mark A. Pridgeon, Esq., Pridgeon Law Office, One Corporate Center, Suite 420, 7301 Ohms Lane, Edina, MN 55439, counsel for Defendant Mary Dieter and Defendant and Cross-Defendant Corey C. McNeal.

FILED FEB 03 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Robert T. Rudy, Esq., Hennepin County Attorney's Office, A-2000 Government Center, 300 Sixth Street South, Minneapolis, MN 55487, counsel for Defendant Hennepin County Assessor.

Michael L. Burtlag, Esq., and Ryan J. Trucke, Esq., Brutlag Hartmann & Okoneski, 1100 Pillsbury Center, 200 Sixth Street South, Minneapolis, MN 55402, counsel for Defendants, Cross-Claimants, and Third-Party Plaintiffs David Olson and Juli Olson.

Loren M. Solfest, Esq., and Kristine K. Nogosek, Esq., Severson Sheldon Dougherty & Molenda, 7300 West 147th Street, Suite 600, Apple Valley, MN 55124, counsel for Third-Party Defendants.

---

Under Federal Rules of Civil Procedure 41(a)(2), this case is **DISMISSED WITH PREJUDICE**.

Dated: February 3, 2004

DONOVAN W. FRANK
Judge of United States District Court